[Cite as *05/31/2002 Case Announcements,* 2002-Ohio-2494.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 31, 2002*

## MOTION AND PROCEDURAL RULINGS

2001–2263.  LTC Ohio, Inc. v. Franklin Cty. Bd. of Revision.
Board of Tax Appeals, No. 99–T–1993. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the appellant's motion for extension of time to file appellant's merit brief pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before June 19, 2002.